# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5193**  **September Term, 2006**

06cv00302

Filed On:

Mary Jo Weidrick,
      Appellant

v.

George W. Bush, President, et al.,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 3 1 2007

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

## O R D E R

Upon consideration of the order to show cause filed July 7, 2006, and the motion for extension of time filed August 7, 2006, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the motion for extension of time be referred to the district court for consideration under Fed. R. App. P. 4(a)(5) or Fed. R. App. P. 4(a)(6). It is

**FURTHER ORDERED** that the appeal be held in abeyance pending further order of this court.

The Clerk is directed to transmit to the district court a copy of this order and the original of appellant's response to the order to show cause.

Per Curiam