# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5193**           September Term, 2007

06cv00302

Filed On:

Mary Jo Weidrick,
    Appellant

v.

George W. Bush, President, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  SEP 2 1 2007

CLERK

### ORDER

By order filed July 26, 2007, appellant was directed to show cause why this appeal should not be dismissed as untimely, by August 27, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. To date, appellant has not complied with the court's July 26, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 11/9/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk